# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUNIOR GOMEZ HERNAEZ ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–06032–KES–FJS**

v.

**WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY ,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/12/2026 .**

ENTERED:   **August 12, 2026**        _/s/_  **Keith Holland**_____
                                                      Clerk of Court